UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Moises Adrian TAX TIU,

Petitioner,

v.

David WESLING, et al.,

Case No. 1:26-cv-13462-NMG

**DECLARATION OF IRENE C. FREIDEL**

I, Irene C. Freidel, hereby declare under oath based upon personal knowledge except where otherwise indicated:

1. I am the Detention Program Manager at the Political Asylum/Immigration Representation (PAIR) Project, 98 N. Washington Street, Suite 106, Boston, MA 02114. I am *pro bono* counsel for Petitioner Moises Tax Tiu who is currently detained by ICE at the Plymouth County Correctional Facility in Plymouth, MA.

2. A true and correct copy of the evidence submitted by Mr. Tax Tiu in support of his request for release on bond is attached hereto as Exhibit 1.

3. A true and correct copy of the collective evidence submitted by the U.S. Department of Homeland Security ("DHS") in connection with Mr. Tax Tiu's request for bond is attached hereto as Exhibit 2.

4. A true and correct copy of the Bond Order of the Immigration Judge dated August 28, 2026 is attached hereto as Exhibit 3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS 8th DAY OF SEPTEMBER 2026.

*/s/ Irene C. Freidel*
Irene C. Freidel

Certificate of Service

I, Irene C. Freidel, hereby certify that I caused a copy of the foregoing document to be served on Respondents' counsel this 8th day of September 2026 via the CM/ECF system.

*/s/ Irene C. Freidel*
Irene C. Freidel